# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Eloin Jamez-Ortiz,<br>(A 089 482 037)<br>*Defendant* | Case No. 16-7379MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 29, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Jillian Besancon

☒ Continued on the attached sheet.

*Complainant's signature*
Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 3, 2016

*Judge's signature*
Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

# ATTACHMENT A

### Count 1

On June 29, 2016, Eloin Jamez-Ortiz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about May 6, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On June 29, 2016, at or near Phoenix, in the District of Arizona, Eloin Jamez-Ortiz, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On June 29, 2016, Eloin Jamez-Ortiz was booked into the Maricopa County Jail (MCJ) by the Glendale Police Department on local charges. While incarcerated at the MCJ, Jamez-Ortiz was examined by ICE Officer R. Gomez who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 1, 2016, Jamez-Ortiz was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Jamez-Ortiz was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Eloin Jamez-Ortiz to be a citizen of Mexico and a previously deported criminal alien. Jamez-Ortiz was removed from the United States to Mexico at or near Del Rio, Texas, on or about May 6, 2011, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Jamez-Ortiz in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland

Security to return to the United States after his removal. Jamez-Ortiz's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Eloin Jamez-Ortiz in any Department of Homeland Security database to suggest that after his last removal from the United States he entered into the United States at an official Port of Entry. Had Jamez-Ortiz presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Jamez-Ortiz entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Jamez-Ortiz's immigration history was matched to him by electronic fingerprint comparison.

5. On October 1, 2016, Eloin Jamez-Ortiz was advised of his constitutional rights. Jamez-Ortiz freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about June 29, 2016, Eloin Jamez-Ortiz, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about May 6, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on June 29, 2016, at or near Phoenix, in the District of Arizona, Eloin Jamez-Ortiz, an alien, did

elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 3rd day of October, 2016.

_____
Bridget S. Bade,
United States Magistrate Judge